UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WENDEL WAYNE JOHNSON, <br><br> Petitioner, <br><br> v. <br><br> MAGGIE MILLER-STOUT, <br><br> Respondent. | CASE NO. C13-5094 RBL-JRC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Richard Creatura, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

1. The Court adopts the Report and Recommendation;

2. The Clerk's Office is directed to transfer this petition to the Ninth Circuit pursuant to Ninth Circuit Rule 22-3 (a).

3. The Clerk is directed to send a copy of this Order to petitioner, and to the Hon. J. Richard Creatura.

DATED this 18th day of March, 2013.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1